IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

JOE LEE,

      Appellant,

v.

Case No. 5D22-2264
LT Case Nos. 2019-CA-1530
              2010-CF-1553

STATE OF FLORIDA,

      Appellee.
_____/

Decision filed March 14, 2023

Appeal from the Circuit Court
for St. Johns County,
R. Lee Smith, Judge.

Joe Lee, Cross City, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Robin A. Compton,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

      AFFIRMED.

LAMBERT, C.J., JAY and EISNAUGLE, JJ., concur.